UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NEW LIFE IN CHRIST MINISTRIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GUIDEONE MUTUAL INSURANCE CO., ) <br> ) <br> Defendant. ) | Case No. 1:18-cv-1295 |

## **COMPLAINT**

Plaintiff, New Life in Christ Ministries, Inc., by its undersigned attorneys, for its complaint against Defendant, GuideOne Mutual Insurance Company, states:

## **FACTS**

1. Plaintiff, New Life in Christ Ministries, Inc. ("New Life"), was and is a citizen of Indiana, being an Indiana nonprofit corporation with its principle place of business in Frankfort, Indiana, and was and is the legal owner of the building located at 3000 East Wabash Street in Frankfort, Indiana ("the insured premises").

2. Defendant, GuideOne Mutual Insurance Company ("GuideOne"), was and is an Iowa citizen, being an Iowa corporation with its principle place of business in West Des Moines, Iowa.

3. This Court has subject matter jurisdiction over this matter pursuant to Title 28, U.S.C. § 1332 (c)(1) because there is complete diversity of citizenship of the parties and the amount in controversy exceeds $75,000.

4. Venue is proper in this Court pursuant to Title 28, U.S.C. § 1391 because New Life resides in this judicial district and the events giving rise to its claims occurred in this judicial district. Additionally, GuideOne does business and/or transact business in this judicial district and,

therefore, is subject to personal jurisdiction in this judicial district and resides here for venue purposes.

5. GuideOne issued to New Life a commercial property and casualty insurance policy effective March 30, 2016 through March 30, 2017 ("the insurance policy", a copy of which is attached to this Complaint as Exhibit A).

6. Under the insurance policy, GuideOne insured against direct physical loss of or damage to the insured premises caused by wind.

7. On or about May 1, 2016, while the insurance policy was in full force and effect, part of the insured premises sustained a covered wind loss.

8. Plaintiff duly submitted a claim to GuideOne under the insurance policy for his losses and damages from this covered wind peril.

9. Plaintiff has substantially performed all conditions required by the insurance policy, including giving GuideOne prompt notice of the wind loss and cooperating with GuideOne in its investigation of the wind loss and ensuing clam.

10. As a result, it is GuideOne's contractual obligation duty to pay New Life for its losses and damages sustained as a result of this covered wind loss.

11. Although requested to do so, GuideOne has failed, refused, and continues to fail and refuse to pay New Life for all of its covered wind losses and damages; specifically, the actual cost New Life incurred to repair/replace the damage to the insured premises caused by wind.

### COUNT I
### (Breach of Contract)

12. New Life re-alleges paragraphs 1 through 11 of the Facts as paragraph 12 of Count I of the Complaint.

13. GuideOne's failure to pay New Life for all of its losses and damages resulting from the covered wind loss is a breach of the insurance contract.

14. This breach of the insurance contract was and is the direct and proximate cause of damage to New Life in an amount in excess of $75,000.

Wherefore, Plaintiff, New Life in Christ Ministries, Inc., prays that this Court enter judgment in its favor and against Defendant, GuideOne Mutual Insurance Company, in an amount in excess of $75,000, plus prejudgment interest and costs.

## **COUNT II**
## **(Bad Faith)**

15. New Life re-alleges paragraphs 1 through 14 of Count I of the Complaint as paragraph 15 of the Complaint.

16. GuideOne breached its obligation to act fairly and in good faith in dealing with New Life, including its obligation of good faith and fair dealing in negotiating a settlement of a the claim, in paying the claim, and fulfilling all other contractual obligations in that, without reasonable justification, it: (a) failed to thoroughly, fairly, and objectively investigate Plaintiff's covered wind loss; (b) failed and refused to make an undisputed payment for the covered wind loss before demanding an appraisal of the loss, thus delaying payment on the loss for over three months; (c) demanded an appraisal of the covered wind loss without first attempting to negotiate and resolve any differences it had with Plaintiff regarding the amount of the loss, thus forcing Plaintiff to incur the costs of an appraiser; (d) underpaid Plaintiff for the covered wind loss, in that it has failed and refused to pay Plaintiff the amount it actually spent that was necessary to repair the wind damage to the Church; and (e) forced Plaintiff to retain legal counsel to prosecute this lawsuit to recover all of the benefits that should have been immediately forthcoming under the insurance policy.

Wherefore, Plaintiff, New Life in Christ Ministries, Inc., prays for an award of compensatory damages, reasonable attorneys' fees, and litigation costs in its favor and against Defendant, GuideOne Mutual Insurance Company.

**DEMAND FOR A JURY TRIAL**

Plaintiff demands trial by jury on all issues so triable.

/s/ Edward Eshoo, Jr.
Edward Eshoo, Jr.
Christina M. Phillips
MERLIN LAW GROUP
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
cphillips@merlinlawgroup.com
*Attorneys for Plaintiff*