UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NEW LIFE IN CHRIST MINISTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-1295-TWP-MJD |
| ) | |
| GUIDEONE MUTUAL INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED among the parties, Plaintiff, New Life in Christ Ministries, Inc., and Defendant, GuideOne Mutual Insurance Company, by and through their respective undersigned counsel of record, having resolved and settled all disputes and claims between and among them, now stipulate to the dismissal of this action in its entirety, with prejudice and with each party to bear its own costs and attorneys' fees.

Dated this 26th day of November, 2018.


/s/ Christina M. Phillips
Christina M. Phillips
MERLIN LAW GROUP
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
cphillips@merlinlawgroup.com

/s/ Emily D. Smith
Emily D. Smith
GUIDEONE MUTUAL INSURANCE COMPANY
P.O. Box 14503
Des Moines, Iowa 50306
Telephone: (317) 273-4530
Facsimile: (515) 267-5431
esmith@guideone.law